IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TANYA ANGLIN, <br> JOHNNIE THETFORD, <br> JOHNNY "CHICO" MATT, and <br> HERB SIMMONS, <br><br> Plaintiffs, <br><br> vs. <br><br> VILLAGE OF WASHINGTON PARK, <br><br> Defendant. | Case No. 03-cv-0846-MJR |

**MEMORANDUM and ORDER**

**REAGAN, District Judge:**

On December 12, 2003, Plaintiffs filed suit in this Court against the Village of Washington Park and members of the board of trustees for the Village of Washington Park. On June 18, 2004, Defendants informed this Court that, pursuant to **11 U.S.C. § 362,** Washington Park had filed a voluntary Chapter 9 bankruptcy petition in the United States Bankruptcy Court for the Southern District of Illinois. On August 17, 2004, this Court entered an Order, pursuant to **11 U.S.C. § 362(a)(1),** staying this matter as to Defendant Washington Park (Doc. 18).

On September 15, 2005, Washington Park advised this Court that the Honorable Kenneth J. Meyers of the United States Bankruptcy Court for the Southern District of Illinois, on September 7, 2005, dismissed Washington Park's bankruptcy action (Doc. 59-1). Accordingly, the Court hereby **LIFTS** the stay previously imposed herein.

**IT IS SO ORDERED.**

**DATED this 16th of September, 2005.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**