IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TANYA ANGLIN, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V.                                      ) | Civil No. **03-846-MJR** |
| ) | |
| **VILLAGE OF WASHINGTON PARK, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is attorney Sean K. Brousseau's motion for leave to withdraw as counsel of record for plaintiffs. **(Doc. 121).**

**IT IS HEREBY ORDERED** that the subject motion **(Doc. 121)** is **GRANTED**. The Clerk of Court shall have the record reflect that attorney Sean K. Brousseau is terminated as counsel of record for plaintiffs.

**IT IS SO ORDERED.**

**DATED: January 30, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**